USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/07/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PACIFIC M. INTERNATIONAL CORP.,

               Plaintiff,

     - against -                 10 Civ. 9250 (DAB)
                                  ADOPTION OF REPORT
RAMAN INTERNATIONAL GEMS, LTD.,    AND RECOMMENDATION
    ET AL,.

              Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the July 20, 2012 Report and Recommendation of United States Magistrate Judge Henry B. Pitman ("Report"). Judge Pitman's Report recommends that (1) Plaintiff's Motion for a Default Judgment against Raman International be granted in part and denied in part; and (2) Plaintiff's Motion for Summary Judgment against Yosupov be granted in part and denied in part. (Report at 1-2.) Specifically, Judge Pitman's Report recommends that Default Judgment in the amount of $500,000.00 be entered against Raman International only as to Plaintiff's conversion claim and a Default Judgment entered only as to Plaintiff's breach of contract claim. Judge Pitman further recommends that Summary Judgment be granted against Defendant Yosupov only as to Plaintiff's conversion claim and that Judgment be entered against him in the amount of $602,760.42. (Report at 2.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations..." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003). To date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, it is hereby ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry B. Pitman dated July 20, 2012 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Magistrate Judge Pitman's recommendation, Default Judgment in the amount of $500,000.00 is hereby entered against Raman International only as to Plaintiff's conversion claim; Default Judgment only is hereby entered as to Plaintiff's breach of contract claim; Summary Judgment is hereby granted

2

against Defendant Yosupov only as to Plaintiff's conversion claim; and Judgment is hereby entered against Defendant Yosupov in the amount of $602,760.42.

SO ORDERED.

DATED:   New York, New York
         August 7, 2012

_____
DEBORAH A. BATTS
United States District Judge